BRENDAN P. BREWER, SB#173807
LAW OFFICES OF BRENDAN P. BREWER
950 Northgate Drive, Suite 202
San Rafael, CA 94903
Tel: 415.492.0590
E-Mail: Brendan@BrewerLawOffices.com

Attorney for Plaintiff
RAINBOW WATERPROOFING & RESTORATION COMPANY

BRANT L. WOLKIN, SB#112220
AMY K. THOMAS, SB#202876
DAWN A. SILBERSTEIN, SB#167936
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA 94111
Tel.: 415.982.9390
Fax: 415.982.4328

Attorneys for Defendant
GEMINI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAINBOW WATERPROOFING & RESTORATION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEMINI INSURANCE COMPANY, and Does 1 through 10,<br><br>Defendants. | Case No.: C 12-04319 YGR<br><br>STIPULATION OF DISMISSAL AND ORDER |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is here by stipulated by and between the parties to this action, Plaintiff Rainbow Waterproofing & Restoration Company and Defendant Gemini Insurance Company, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

| | |
|---|---|
| Dated: 2/8/13 | LAW OFFICE OF BRENDAN P. BREWER<br><br>By: _____<br>Brendan P. Brewer<br>Attorney for Plaintiff |
| Dated: 2/6/13 | WOLKIN CURRAN, LLP<br><br>By: _____<br>Amy K. Thomas<br>Attorneys for Defendant |

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: February 13, 2013

_____
UNITED STATES DISTRICT JUDGE
YVONNE GONZALEZ ROGERS